# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John E. Shaffer                                              CHAPTER 13

       Michelle R. Shaffer

                                                                 BKY. NO. 20-20453 CMB

                      Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              412-430-3594
                                              jwarmbrodt@kmllawgroup.com