# Earnings Statement

**ADP**

MASTER-LEE ENERGY SERVICES CORPORATION
5631 ROUTE 981
LATROBE, PA. 15650

| | |
|---|---|
| Period Beginning: | 07/01/2019 |
| Period Ending: | 07/07/2019 |
| Pay Date: | 07/17/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:        0,$10 Additional Tax
  PA:             N/A

**JOHN E SHAFFER**
**619 CAMBRIA AVE**
**AVONMORE, PA 15618**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1162.40 | | 1,162.40 | 34,259.68 |
| Overtime | | | | 42.36 |
| **Gross Pay** | | | **$1,162.40** | 34,302.04 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Overtime Hr | | 1.00 |
| Ytd Regular Hrs | | 92.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -140.73 | 4,050.34 |
| | Social Security Tax | -67.42 | 1,991.88 |
| | Medicare Tax | -15.77 | 465.84 |
| | PA State Income Tax | -33.38 | 986.40 |
| | Avonmore Bor Income Tax | -10.87 | 321.37 |
| | PA SUI/SDI Tax | -0.70 | 20.58 |
| | **Other** | | |
| | Lst | -1.00 | |
| | Med Ins Pre-Tax | -75.00* | 2,175.00 |
| | Reporting 401K | -58.12* | 1,715.10 |
| | Uniform | -7.44 | |
| | 401K Loan1 | -71.70 | 2,079.30 |
| | **Net Pay** | **$680.27** | |
| | Chking | -680.27 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,029.28

© 1998, 2006, ADP, LLC  All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MASTER-LEE ENERGY SERVICES CORPORATION
5631 ROUTE 981
LATROBE, PA. 15650

| | |
|---|---|
| Advice number: | 00000280034 |
| Pay date: | 07/17/2019 |

**THIS IS NOT A CHECK**

Deposited to the account of
**JOHN E SHAFFER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8295 | xxxx xxxx | $680.27 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

MASTER-LEE ENERGY SERVICES CORPORATION
5631 ROUTE 981
LATROBE, PA. 15650

| | |
|---|---|
| Period Beginning: | 07/08/2019 |
| Period Ending: | 07/14/2019 |
| Pay Date: | 07/24/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0,$10 Additional Tax
    PA: N/A

**JOHN E SHAFFER**
**619 CAMBRIA AVE**
**AVONMORE, PA 15618**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1162.40 | | 1,162.40 | 35,422.08 |
| Misc | | | 229.60 | |
| Overtime | | | | 42.36 |
| **Gross Pay** | | | **$1,392.00** | 35,694.04 |

Your federal taxable wages this period are
$1,247.40

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -188.71 | 4,239.05 |
| | Social Security Tax | -81.65 | 2,073.53 |
| | Medicare Tax | -19.10 | 484.94 |
| | PA State Income Tax | -40.43 | 1,026.83 |
| | Avonmore Bor Income Tax | -13.17 | 334.54 |
| | PA SUI/SDI Tax | -0.84 | 21.42 |
| | **Other** | | |
| | Lst | -1.00 | |
| | Med Ins Pre-Tax | -75.00* | 2,250.00 |
| | Reporting 401K | -69.60* | 1,784.70 |
| | Uniform | -7.44 | |
| | 401K Loan1 | -71.70 | 2,151.00 |
| | **Net Pay** | **$823.36** | |
| | Chking | -823.36 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Overtime Hr | | 1.00 |
| Ytd Regular Hrs | | 92.00 |

**\* Excluded from federal taxable wages**

©1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MASTER-LEE ENERGY SERVICES CORPORATION
5631 ROUTE 981
LATROBE, PA. 15650

| | |
|---|---|
| Advice number: | 00000290045 |
| Pay date: | 07/24/2019 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **JOHN E SHAFFER** | xxxxxx8295 | xxxx xxxx | $823.36 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

ADP

MASTER-LEE ENERGY SERVICES CORPORATION
5631 ROUTE 981
LATROBE, PA. 15650

| | |
|---|---|
| Period Beginning: | 07/22/2019 |
| Period Ending: | 07/28/2019 |
| Pay Date: | 08/07/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:        0,$10 Additional Tax
    PA:             N/A

**JOHN E SHAFFER**
**619 CAMBRIA AVE**
**AVONMORE,  PA 15618**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1162.40 | | 1,162.40 | 37,746.88 |
| Overtime | | | | 42.36 |
| Gross Pay | | | $1,162.40 | 39,018.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Overtime Hr | | 1.00 |
| Ytd Regular Hrs | | 92.00 |

**Important Notes**
HAPPY SUMMER

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -140.73 | 4,643.79 |
| | Social Security Tax | -67.42 | 2,270.37 |
| | Medicare Tax | -15.76 | 530.97 |
| | PA State Income Tax | -33.38 | 1,124.29 |
| | Avonmore Bor Income Tax | -10.87 | 366.28 |
| | PA SUI/SDI Tax | -0.70 | 23.41 |
| | **Other** | | |
| | Lst | -1.00 | |
| | Med Ins Pre-Tax | -75.00* | 2,400.00 |
| | Reporting 401K | -58.12* | 1,950.94 |
| | Uniform | -7.44 | |
| | 401K Loan1 | -71.70 | 2,294.40 |
| | Net Pay | $680.28 | |
| | Chking | -680.28 | |
| | Net Check | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,029.28

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC.

MASTER-LEE ENERGY SERVICES CORPORATION
5631 ROUTE 981
LATROBE, PA. 15650

| | |
|---|---|
| Advice number: | 00000314071 |
| Pay date: | 08/07/2019 |

**Deposited to the account of**
**JOHN E SHAFFER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8295 | xxxx xxxx | $680.28 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

©1998, 2006, ADP, LLC. All Rights Reserved.

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.