# Feilings Farm Market

## 323 Westmoreland Avenue

## Avonmore PA 15618

## 724-697-2073

## Michelle Shaffer
## Week of 7/1/19-7/7/19
## Pay Date-July 12, 2019

| | | |
|---|---|---|
| Gross Pay | 40 Hours x 10.00 | $400.00 |
| Federal | .086 $10.00 | -10.00 |
| Social Security | .062 | |
| Medicare | .0145 | |
| State | .0307 | |
| Unemployment Insurance | .008 | |
| Wage Tax | .0125 | |
| Local | 1.00 | |
| Net Pay | 40 Hours x 7.96 | $308.40 |

# Feilings Farm Market

## 323 Westmoreland Avenue

## Avonmore PA 15618

## 724-697-2073

## Michelle Shaffer
## Week of 7/8/19-7/14/19
## Pay Date-July 19, 2019

| | | |
|---|---|---|
| Gross Pay | 38.59 Hours x 10.00 | $385.90 |
| Federal | .086 | -10.00 |
| | $10.00 | |
| Social Security | .062 | |
| Medicare | .0145 | |
| State | .0307 | |
| Unemployment Insurance | .008 | |
| Wage Tax | .0125 | |
| Local | 1.00 | |
| Net Pay | 38.59 Hours x 7.96 | $297.18 |

## Feilings Farm Market

## 323 Westmoreland Avenue

## Avonmore PA 15618

## 724-697-2073

# Michelle Shaffer
# Week of 7/22/19-7/28/19
# Pay Date-August 2, 2019

| | | |
|---|---|---:|
| Gross Pay | 40 Hours x 10.00 | $400.00 |
| Federal | .086 $10.00 | -10.00 |
| Social Security | .062 | |
| Medicare | .0145 | |
| State | .0307 | |
| Unemployment Insurance | .008 | |
| Wage Tax | .0125 | |
| Local | 1.00 | |
| Net Pay | 40 Hours x 7.96 | $308.40 |