**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20453−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   John E. Shaffer                                          Michelle R. Shaffer
   619 Cambria Avenue                           619 Cambria Avenue
   Avonmore, PA 15618                          Avonmore, PA 15618

Social Security No.:
   xxx−xx−2884                                             xxx−xx−6462

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 1, 2020<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 1, 2020<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20                                               BY THE COURT

                                                           Carlota M. Bohm
                                                           Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:	Case No. 20-20453-CMB
John E. Shaffer	Chapter 13
Michelle R. Shaffer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2	User: aala	Page 1 of 2	Date Rcvd: Mar 25, 2020
    Form ID: rscCOVID	Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db/jdb         +John E. Shaffer,    Michelle R. Shaffer,    619 Cambria Avenue,    Avonmore, PA 15618-9790
15196475       +CCB/DNTLFIRST,    PO Box 182120,    Columbus, OH 43218-2120
15205410      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court: Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,
                 Johnston,Rhode Island 02919)
15196483      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court: RBS Citizens NA,    480 Jefferson Blvd,    Warwick, RI 02886)
15196476       +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
15196478       +Discover Personal Loans,    PO Box 15316,    Wilmington, DE 19850-5316
15196479       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
15206561       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15196489       +US Deptartment of Education/GLE,    2401 International,    POB 7859,    Madison, WI 53707-7859
15196490       +Wells Fargo Bank,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:44      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:50:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15205410        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 26 2020 04:51:37      Citizens Bank N.A.,
                 One Citizens Bank Way,    JCA115,    Johnston,Rhode Island 02919
15196483        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 26 2020 04:51:37      RBS Citizens NA,
                 480 Jefferson Blvd,    Warwick, RI 02886
15196474       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:47:42      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15200081        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:45:37
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15197387       +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:56      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15196477        E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850
15198542        E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15203362       +E-mail/Text: dplbk@discover.com Mar 26 2020 04:55:06      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
15222186        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:47      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15196480        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:45:26      JPMCB Card Services,
                 PO Box 15369,    Wilmington, DE 19850
15196481       +E-mail/Text: camanagement@mtb.com Mar 26 2020 04:52:14      M&T Mortgage,    PO Box 900,
                 Millsboro, DE 19966-0900
15204162        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 04:47:05      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15196482       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 04:47:05      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
15196485        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:32      SYNCB/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
15196486       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:32      SYNCB/JCI Home Design,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
15196487       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:46      SYNCB/JCPenny,    PO Box 965007,
                 Orlando, FL 32896-5007
15196488       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:42      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
15196484       +E-mail/Text: ebn_bkrt_forms@salliemae.com Mar 26 2020 04:55:16      Sallie Mae,    PO Box 3229,
                 Wilmington, DE 19804-0229
15196762       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:34      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing LLC
cr*            +DISCOVER PERSONAL LOANS,    PO Box 30954,    Salt Lake City, UT 84130-0954
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: aala              Page 2 of 2           Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID       Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
```
          Brian C. Thompson    on behalf of Joint Debtor Michelle R. Shaffer bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
          Brian C. Thompson    on behalf of Debtor John E. Shaffer bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```