# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John E. Shaffer, and Michelle R. Shaffer, | : | Bankruptcy Case No.: 20-20453-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| John E. Shaffer, | : | |
| | : | Document No.: 46 |
| Movant, | : | |
| | : | Related to Document No.: 45 |
| v. | : | |
| Master-Lee Energy Services, Corp., | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on January 20, 2022, via first class mail postage prepaid:

**Master-Lee Energy Services, Corp.
ATTN: Payroll Department
5631 Route 981
Latrobe, PA  15650**

Executed on:  January 20, 2022

/s/Brian C. Thompson
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor