IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John E. Shaffer, and<br>Michelle R. Shaffer, | ) | Case No. 20-20453-CMB |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| John E. Shaffer, and<br>Michelle R. Shaffer, | ) | |
| | ) | Document No.: |
| Movants, | ) | |
| | ) | Related to Document No.: 54 |
| v. | ) | |
| | ) | Related to Claim No.: 19 |
| Ronda J Winnecour, | ) | |
| | ) | |
| Chapter 13 Trustee | ) | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

☐     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
        as to creditor _____

☒     Other:     Notice of Mortgage Payment Change filed by Lakeview Loan Servicing, LLC at claim number 19.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

☐     Chapter 13 Plan
☒     Amended Chapter 13 Plan dated November 30, 2021

is modified as follows:

- ☒ Debtor(s) Plan payments shall be changed from **$ 2,175.00** to **$2,225.23** per month, effective <u>February 23, 2023;</u>

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>This order incorporates and implements all Notice of Payment changes filed to date at claim number 19.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

SO ORDERED, this <u>9th</u> day of <u>February</u>, 2023

-2-

Dated:   February 9, 2023

_____
United States Bankruptcy Judge

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

FILED
2/9/23 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John E. Shaffer  
Michelle R. Shaffer  
    Debtors

Case No. 20-20453-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Feb 09, 2023     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Shaffer, Michelle R. Shaffer, 619 Cambria Avenue, Avonmore, PA 15618-9790 |
| 15196475 | + | CCB/DNTLFIRST, PO Box 182120, Columbus, OH 43218-2120 |
| 15196478 | + | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 15196489 | + | US Deptartment of Education/GLE, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 00:05:06 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 10 2023 00:04:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 09 2023 23:55:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15205410 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2023 23:55:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 15196483 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2023 23:55:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15196474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:04:33 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15200081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:05:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197387 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2023 23:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15196476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:04:46 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15196477 | | Email/Text: mrdiscen@discover.com | Feb 09 2023 23:55:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15198542 | | Email/Text: mrdiscen@discover.com | Feb 09 2023 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15203362 | + | Email/Text: dplbk@discover.com | Feb 09 2023 23:56:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15196479 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 09 2023 23:56:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 15222186 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2023 23:56:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 15196480 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2023 00:04:49 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15206561 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 09 2023 23:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15230327 | ^ | MEBN | Feb 09 2023 23:50:52 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15196481 | + | Email/Text: camanagement@mtb.com | Feb 09 2023 23:56:00 | M&T Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 15204162 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:04:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15196482 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:04:34 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15509077 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 00:05:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15196485 | | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:04:50 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15196486 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:04:49 | SYNCB/JCI Home Design, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 15196487 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:04:50 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 15196488 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:04:55 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15231880 | | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 09 2023 23:56:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15196484 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 09 2023 23:56:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 15230200 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:04:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15196762 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:04:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15223650 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 09 2023 23:56:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15226968 | | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2023 00:05:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15196490 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2023 00:04:49 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15227747 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2023 00:04:49 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 20-20453-CMB    Doc 59    Filed 02/11/23    Entered 02/12/23 00:24:30    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 37 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Joint Debtor Michelle R. Shaffer bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor John E. Shaffer bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6