# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John E. Shaffer, <br> Michelle R. Shaffer, <br><br> Debtors. | : <br> : <br> : <br> : <br> : | Bankruptcy Case No.: 20-20453-CMB <br><br><br> Chapter 13 |
| John E. Shaffer, <br> Michelle R. Shaffer, <br><br> Movants, <br><br> v. <br><br> Lakeview Loan Servicing LLC, <br><br> Respondent. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Document No.: 61 <br><br> Related to Document No.: <br><br> Related to Claim No.: 19 |

## **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on November 2, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the Plan is sufficiently funded even with the proposed change for December 1, 2023.

Respectfully Submitted,

Date: November 10, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com