**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/23/2024

IN RE:

| | |
|---|---|
| JOHN E. SHAFFER | Case No.20-20453 CMB |
| MICHELLE R. SHAFFER | |
| 619 CAMBRIA AVENUE | Chapter 13 |
| AVONMORE, PA 15618 | |
| XXX-XX-2884          Debtor(s) | |
| XXX-XX-6462 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  0280 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  JCP/PRAE | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN/PRAE | |

| | | |
|---|---|---|
| **DISCOVER PERSONAL LOANS**** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6105 | Court Claim Number:5 | ACCOUNT NO.:  5002 |
| | CLAIM:  0.00 | |
| CAROL STREAM, IL  60197-6104 | COMMENT:  CL @ 4996.92 W/DRAWN-DOC 20 | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O M & T BANK | Court Claim Number:19 | ACCOUNT NO.:  7274 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  CL19GOV W/NMPC*PMT/DECL*DKT4PMT-LMT*BGN 3/20 | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:5  INT %: 4.00% | CRED DESC:  VEHICLE |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:8 | ACCOUNT NO.:  1339 |
| | CLAIM:  56,528.56 | |
| JOHNSTON, RI  02919 | COMMENT:  CL8GOV@4%/PL*55934@4%/PL*$RTND NO EXPLANATION*NTC-RSV | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.:  0446 |
| | CLAIM:  3,509.37 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  X5644/SCH | |

| | | |
|---|---|---|
| **DENTAL FIRST FINANCING++** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 659622 | Court Claim Number: | ACCOUNT NO.:  9808 |
| | CLAIM:  0.00 | |
| SAN ANTONIO, TX  78265 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.:  9271 |
| PO BOX 27288 | | |
| | CLAIM:  481.44 | |
| TEMPE, AZ  85282 | COMMENT:  X4679/SCH*CITIBANK | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  9388 |
| PO BOX 3025 | | |
| | CLAIM:  6,608.12 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  X1892/SCH | |

| | | |
|---|---|---|
| **DISCOVER PERSONAL LOANS**** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6105 | Court Claim Number:4 | ACCOUNT NO.:  0689 |
| | CLAIM:  16,822.97 | |
| CAROL STREAM, IL  60197-6104 | COMMENT:  X3555/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number: | ACCOUNT NO.:  3754 |
| | CLAIM:  0.00 | |
| OMAHA, NE  68197-3106 | COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:9 | ACCOUNT NO.:  4950 |
| PO BOX 15368 | | |
| | CLAIM:  3,143.18 | |
| WILMINGTON, DE  19850 | COMMENT: X8884/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:7 | ACCOUNT NO.:  4272 |
| POB 10368 | | |
| | CLAIM:  1,687.74 | |
| GREENVILLE, SC  29603-0368 | COMMENT: X2609/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:6 | ACCOUNT NO.:  6094 |
| POB 10368 | | |
| | CLAIM:  2,196.56 | |
| GREENVILLE, SC  29603-0368 | COMMENT: X6008/SCH | |

| | | |
|---|---|---|
| **SALLIE MAE BANK** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O SALLIE MAE | Court Claim Number:21 | ACCOUNT NO.:  6462 |
| PO BOX 3319 | | |
| | CLAIM:  14,705.00 | |
| WILMINGTON, DE  19804 | COMMENT: X2452/SCH*TIMELY*GU | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT T** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:18 | ACCOUNT NO.:  1470 |
| | CLAIM:  4,130.98 | |
| NORFOLK, VA  23541 | COMMENT: X5569/SCH*PLCC*FR SYNCHRONY-DOC 49 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:20 | ACCOUNT NO.:  1585 |
| | CLAIM:  5,451.20 | |
| CHICAGO, IL  60677-2813 | COMMENT: X2300/SCH*SYNCHRONY/JCI HOME*REF 3537514263 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:10 | ACCOUNT NO.:  0280 |
| | CLAIM:  9,283.65 | |
| CHICAGO, IL  60677-2813 | COMMENT: X1913/SCH*SYNCHRONY/JCP*REF 3537647769 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:17 | ACCOUNT NO.:  4736 |
| | CLAIM:  1,869.58 | |
| CHICAGO, IL  60677-2813 | COMMENT: X9555/SCH*LOWES*REF 3537541340 | |

| | | |
|---|---|---|
| **GREAT LAKES HIGHER ED CORP** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2401 INTERNATIONAL LN | Court Claim Number: | ACCOUNT NO.:  8177 |
| | CLAIM:  0.00 | |
| MADISON, WI  53704 | COMMENT: USDOE/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number:13 | ACCOUNT NO.: 2660 |
| PO BOX 14487 | | |
| | CLAIM: 7,688.22 | |
| DES MOINES, IA 50309 | COMMENT: X1115/SCH*629632660 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:12 | ACCOUNT NO.: 0001 |
| | CLAIM: 200.22 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **GRB LAW**** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |

| | | |
|---|---|---|
| **US BANK NA**** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 5227 | Court Claim Number:11 | ACCOUNT NO.: 1682 |
| | CLAIM: 7,894.22 | |
| CINCINNATI, OH 45201-5227 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O M & T BANK | Court Claim Number:19 | ACCOUNT NO.: 7274 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM: 410.64 | |
| BUFFALO, NY 14240-1288 | COMMENT: CL19GOV*$/CL-PL*THRU 2/20 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:16 | ACCOUNT NO.: 3211 |
| | CLAIM: 2,154.37 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH*SYNCHRONY*AMAZON*REF 3537597103 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:15 | ACCOUNT NO.: 1822 |
| | CLAIM: 4,681.63 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH*REF 35378636364 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.: 4220 |
| | CLAIM: 5,527.67 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH*SYNCHRONY*SAMS CLUB*REF 3537555684 | |