# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John E. Shaffer, Michelle R. Shaffer, Debtors. | : : : : : | Bankruptcy Case No.: 20-20453-CMB<br>Chapter 13 |
| John E. Shaffer, Michelle R. Shaffer, Movants, v. Lakeview Loan Servicing LLC, Respondent. | : : : : : : : : : : : | Document No.: 72<br>Related to Document No.:<br>Related to Claim No.: 19 |

## **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on November 1, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for December 1, 2024. Debtor's Plan remains sufficient.

                                                      Respectfully Submitted,

Date: November 7, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com