## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  John E. Shaffer, | : | Bankruptcy Case No.: 20-20453-CMB |
| Michelle R. Shaffer, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| John E. Shaffer, | : | |
| Michelle R. Shaffer, | : | |
| | : | Document No.: 73 |
| Movants, | : | |
| | : | Related to Document No.: 72 |
| v. | : | |
| | : | Related to Claim No.: 19 |
| Lakeview Loan Servicing LLC, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on November 7, 2024, on the parties listed below.

Denise Carlon, Esq.
*Attorney for Creditor*
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

M&T Bank
PO Box 840
Buffalo, NY 14240

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: November 7, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com