# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John E. Shaffer, Michelle R. Shaffer, | : | Bankruptcy Case No.: 20-20453-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| John E. Shaffer, Michelle R. Shaffer, | : | Document No.: |
| | : | Related to Document No.: 24, 25 |
| Movants, | : | |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for discharge.

4. On February 24, 2020, at docket numbers 24 and 25, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors: *John E. Shaffer and Michelle R. Shaffer.* Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: April 15, 2025            /s/ *john e shaffer*
                                 ID rbrJV1ZgFH1ZT4QpLvKojNJa
                                 John E. Shaffer, Debtor

Dated: April 15, 2025            /s/ *Michelle R Shaffer*
                                 ID 23zAdbR3wUdbY6C3TypJyWwU
                                 Michelle R. Shaffer, Debtor

                                 Respectfully submitted,

Dated: April 15, 2025            /s/Brian C. Thompson
                                 Brian C. Thompson, Esquire

PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**         **rbrJV1ZgFH1ZT4QpLvKojNJa**
Signed by:             John E. Shaffer
Sent to email:         chief_55@comcast.net
IP Address:            67.43.109.210
Signed at:             Apr 15 2025, 11:10 am EDT

**Signer ID:**         **23zAdbR3wUdbY6C3TypJyWwU**
Signed by:             Michelle R. Shaffer
Sent to email:         66michelles@comcast.net
IP Address:            67.43.109.210
Signed at:             Apr 15 2025, 1:30 pm EDT