**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN E. SHAFFER<br>MICHELLE R. SHAFFER<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>           vs.<br>No Respondents. | Case No.:20-20453<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/06/2020 and confirmed on 6/4/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,712.92 |
| Less Refunds to Debtor | 235.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,477.76 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,079.22 | |
|   Trustee Fee | 6,557.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,636.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 46,318.41 | 0.00 | 46,318.41 |
|     Acct: 7274 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 410.64 | 410.64 | 0.00 | 410.64 |
|     Acct: 7274 | | | | |
|   CITIZENS BANK NA | 56,528.56 | 56,528.56 | 6,265.33 | 62,793.89 |
|     Acct: 1339 | | | | |
| | | | | 109,522.94 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. SHAFFER | 235.16 | 235.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 2,675.00 | 2,675.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 2,351.46 | 2,351.46 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2-24 | | | | |
|   THOMPSON LAW GROUP PC | 1,052.76 | 1,052.76 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX1-25 | | | | |
|   THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   DISCOVER PERSONAL LOANS** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5002 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,509.37 | 190.38 | 0.00 | 190.38 |
|     Acct: 0446 | | | | |
|   DENTAL FIRST FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9808 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 481.44 | 26.12 | 0.00 | 26.12 |
|     Acct: 9271 | | | | |
|   DISCOVER BANK(*) | 6,608.12 | 358.49 | 0.00 | 358.49 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9388 | | | | |
| | DISCOVER PERSONAL LOANS** | 16,822.97 | 912.65 | 0.00 | 912.65 |
| | Acct: 0689 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3754 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,143.18 | 170.52 | 0.00 | 170.52 |
| | Acct: 4950 | | | | |
| | MERRICK BANK | 1,687.74 | 91.56 | 0.00 | 91.56 |
| | Acct: 4272 | | | | |
| | MERRICK BANK | 2,196.56 | 119.16 | 0.00 | 119.16 |
| | Acct: 6094 | | | | |
| | SALLIE MAE BANK | 14,705.00 | 797.75 | 0.00 | 797.75 |
| | Acct: 6462 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 4,130.98 | 224.11 | 0.00 | 224.11 |
| | Acct: 1470 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 5,451.20 | 295.73 | 0.00 | 295.73 |
| | Acct: 1585 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 9,283.65 | 503.64 | 0.00 | 503.64 |
| | Acct: 0280 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,869.58 | 101.42 | 0.00 | 101.42 |
| | Acct: 4736 | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8177 | | | | |
| | WELLS FARGO BANK NA | 7,688.22 | 417.09 | 0.00 | 417.09 |
| | Acct: 2660 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 200.22 | 10.86 | 0.00 | 10.86 |
| | Acct: 0001 | | | | |
| | US BANK NA** | 7,894.22 | 428.26 | 0.00 | 428.26 |
| | Acct: 1682 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 2,154.37 | 116.87 | 0.00 | 116.87 |
| | Acct: 3211 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 4,681.63 | 253.98 | 0.00 | 253.98 |
| | Acct: 1822 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 5,527.67 | 299.88 | 0.00 | 299.88 |
| | Acct: 4220 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0280 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 5,318.47 |

| | | | | | |
|---|---|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | | 114,841.41 |

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 56,939.20 |
| UNSECURED | 98,036.12 |

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN E. SHAFFER
    MICHELLE R. SHAFFER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-20453

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20453-CMB |
| John E. Shaffer | Chapter 13 |
| Michelle R. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Shaffer, Michelle R. Shaffer, 619 Cambria Avenue, Avonmore, PA 15618-9790 |
| 15196489 | + | US Deptartment of Education/GLE, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 01:35:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 01:24:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 01 2025 00:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15196475 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2025 00:20:00 | CCB/DNTLFIRST, PO Box 182120, Columbus, OH 43218-2120 |
| 15205410 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 01 2025 00:19:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15196483 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 01 2025 00:19:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15196474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:35:08 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15200081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:36:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197387 | + | Email/Text: bankruptcy@cavps.com | May 01 2025 00:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15196476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2025 00:53:23 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15196477 | | Email/Text: mrdiscen@discover.com | May 01 2025 00:19:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15198542 | | Email/Text: mrdiscen@discover.com | May 01 2025 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15196478 | ^ | MEBN | May 01 2025 00:15:20 | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 15203362 | + | Email/Text: dplbk@discover.com | May 01 2025 00:20:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15196479 | | Email/Text: collecadminbankruptcy@fnni.com May 01 2025 00:19:00 | | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 15222186 | | Email/Text: JCAP_BNC_Notices@jcap.com May 01 2025 00:20:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15196480 | + | Email/PDF: ais.chase.ebn@aisinfo.com May 01 2025 00:34:14 | | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15206561 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com May 01 2025 00:19:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15230327 | ^ | MEBN May 01 2025 00:14:20 | | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15196481 | + | Email/Text: camanagement@mtb.com May 01 2025 00:20:00 | | M&T Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 15204162 | | Email/PDF: MerrickBKNotifications@Resurgent.com May 01 2025 00:34:18 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15196482 | + | Email/PDF: MerrickBKNotifications@Resurgent.com May 01 2025 00:35:06 | | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15509077 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2025 00:34:46 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15196485 | | Email/PDF: ais.sync.ebn@aisinfo.com May 01 2025 01:35:52 | | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15196486 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 01 2025 01:23:44 | | SYNCB/JCI Home Design, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 15196487 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 01 2025 00:34:32 | | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 15196488 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 01 2025 01:35:52 | | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15231880 | | Email/Text: ebn_bkrt_forms@salliemae.com May 01 2025 00:20:00 | | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15196484 | + | Email/Text: ebn_bkrt_forms@salliemae.com May 01 2025 00:20:00 | | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 15230200 | ^ | MEBN May 01 2025 00:14:53 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15196762 | ^ | MEBN May 01 2025 00:14:53 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15223650 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com May 01 2025 00:20:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15226968 | | Email/PDF: ebn_ais@aisinfo.com May 01 2025 00:35:27 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15196490 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 01 2025 00:53:16 | | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15227747 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com May 01 2025 00:36:07 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Joint Debtor Michelle R. Shaffer bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor John E. Shaffer bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6