**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John E. Shaffer | Social Security number or ITIN  xxx–xx–2884 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Michelle R. Shaffer | Social Security number or ITIN  xxx–xx–6462 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20453–CMB | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   John E. Shaffer                         Michelle R. Shaffer

<u>6/17/25</u>                                  **By the court:** <u>Carlota M Bohm</u>
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20453-CMB
John E. Shaffer     Chapter 13
Michelle R. Shaffer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jun 17, 2025     Form ID: 3180W     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Shaffer, Michelle R. Shaffer, 619 Cambria Avenue, Avonmore, PA 15618-9790 |
| 15196489 | + | US Deptartment of Education/GLE, 2401 International, POB 7859, Madison, WI 53707-7859 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2025 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2025 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jun 18 2025 03:57:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jun 18 2025 03:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 18 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15196475 | + | EDI: WFNNB.COM | Jun 18 2025 03:57:00 | CCB/DNTLFIRST, PO Box 182120, Columbus, OH 43218-2120 |
| 15205410 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2025 00:21:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston,Rhode Island 02919 |
| 15196483 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2025 00:21:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15196474 | + | EDI: CAPITALONE.COM | Jun 18 2025 03:57:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15200081 | | EDI: CAPITALONE.COM | Jun 18 2025 03:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197387 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2025 00:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15196476 | + | EDI: CITICORP | Jun 18 2025 03:57:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15196477 | | EDI: DISCOVER | Jun 18 2025 03:57:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15198542 | | EDI: DISCOVER | | |

Case 20-20453-CMB   Doc 91   Filed 06/19/25   Entered 06/20/25 00:28:46   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 17, 2025 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jun 18 2025 03:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15196478 | ^ | MEBN | | |
| | | | Jun 18 2025 00:00:25 | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 15203362 | + | EDI: DISCOVERPL | | |
| | | | Jun 18 2025 03:57:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15196479 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jun 18 2025 00:21:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 15222186 | | EDI: JEFFERSONCAP.COM | | |
| | | | Jun 18 2025 03:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15196480 | + | EDI: JPMORGANCHASE | | |
| | | | Jun 18 2025 03:57:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15206561 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jun 18 2025 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15230327 | ^ | MEBN | | |
| | | | Jun 17 2025 23:59:55 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15196481 | + | Email/Text: camanagement@mtb.com | | |
| | | | Jun 18 2025 00:22:00 | M&T Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 15204162 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 18 2025 00:27:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15196482 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 18 2025 00:56:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15509077 | | EDI: PRA.COM | | |
| | | | Jun 18 2025 03:57:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15196485 | | EDI: SYNC | | |
| | | | Jun 18 2025 03:57:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15196486 | + | EDI: SYNC | | |
| | | | Jun 18 2025 03:57:00 | SYNCB/JCI Home Design, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 15196487 | + | EDI: SYNC | | |
| | | | Jun 18 2025 03:57:00 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 15196488 | + | EDI: SYNC | | |
| | | | Jun 18 2025 03:57:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15231880 | | EDI: SALLIEMAEBANK.COM | | |
| | | | Jun 18 2025 03:57:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15196484 | + | EDI: SALLIEMAEBANK.COM | | |
| | | | Jun 18 2025 03:57:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 15230200 | ^ | MEBN | | |
| | | | Jun 18 2025 00:00:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15196762 | ^ | MEBN | | |
| | | | Jun 18 2025 00:00:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15223650 | | EDI: USBANKARS.COM | | |
| | | | Jun 18 2025 03:57:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15226968 | | EDI: AIS.COM | | |
| | | | Jun 18 2025 03:57:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15196490 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Jun 18 2025 00:28:01 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15227747 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 18 2025 00:27:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

Case 20-20453-CMB    Doc 91    Filed 06/19/25    Entered 06/20/25 00:28:46    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 3180W | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| cr | *+ | DISCOVER PERSONAL LOANS, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 19, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Joint Debtor Michelle R. Shaffer bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor John E. Shaffer bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6